IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO.: 5:08-CR-16 (HL) |
| WALTER LEWIS WILLIS | : | |

**CONSENT ORDER FOR CONTINUANCE**

The defendant in the above-styled case was indicted on March 13, 2008, and arraigned on March 26, 2007.

In this case, the parties have initiated discovery, but have not completed discovery nor adequately consider whether motions may be filed. The Defendant is on pre-trial release and all parties consent to the continuance.

Accordingly, IT IS HEREBY ORDERED that the above-referenced matter be continued hereafter to the next regularly scheduled term of Court for the Macon Division of this district, which is currently scheduled to commence in August, 2008, and that any delay occasioned by the continuance be deemed excusable delay pursuant to 18 U.S.C. §3161(h).

It is the Court's finding that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(8)(A). The Court finds that failure to grant such continuance could result in a miscarriage of justice, 18 U.S.C. §3161(h)(8)(B)(i), and that failure to grant such continuance would deny counsel for the defendant and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §316(h)(8)(B)(iv).

SO ORDERED, this 28th day of May, 2008.

*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

ROBERT D. McCULLERS
s/ROBERT D. McCULLERS
ASSISTANT UNITED STATES ATTORNEY